

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00268-CV

_____

IN THE INTEREST OF H.A., A CHILD

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-588414-15

Before Walker, Meier, and Gabriel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered Appellant's "Motion To Withdraw Notice Of Appeal – Premature Filing." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of this appeal shall be taxed against Appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

Per Curiam

Delivered: November 8, 2018